```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAN VAN TRAN                    :    CIVIL ACTION
                                :
        v.                      :
                                :
OFFICER JAMES H. OTTO, et al.   :    NO. 08-5109
```

ORDER

  AND NOW, this 13th day of August, 2009, it is hereby ORDERED that:

  1. Our August 12, 2009 Order is VACATED;

  2. Counsel shall CONVENE in Chambers (Room 10613) on September 10, 2009 at 11:30 a.m. for a preliminary settlement conference, and a representative of the defendants with plenary authority to settle shall be available by telephone; and

  3. Further scheduling shall ABIDE resolution of the preliminary settlement conference.

           BY THE COURT:

           /s/ Stewart Dalzell, J.